IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02614-WYD-MEH

JANE DOE,
    Plaintiff,

v.

CENTURA HEALTH CORPORATION,
    Defendant

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, have entered into a confidential settlement agreement, the performance and monitoring of which will be carried out pursuant to its terms. In consideration thereof, the parties hereby stipulate and agree to dismissal of the captioned action with prejudice, including all claims and counterclaims, each party to bear their own attorney's fees and costs.

Respectfully submitted this 12th day of November, 2019.

| | |
|---|---|
| CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER | HALL, RENDER, KILLIAN, HEATH & LYMAN, P.C. |
| */s/Marth M. Lafferty* | */s/ Melvin B. Sabey* |
| Martha M. Lafferty | Melvin B. Sabey |
| Amy F. Robertson | 1512 Larimer Street, Suite 300 |
| 104 Broadway, Suite 400 | Denver, CO 80202 |
| Denver, CO 80203 | (303) 801-3535 |
| 303.757.7901 | melsabey@hallrender.com |
| mlafferty@creeclaw.org | |
| arobertson@creeclaw.org | *Counsel for Defendant* |

Brittany Shrader
The National Association of the Deaf Law
and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
301.587.1788
brittany.shrader@nad.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on 12th day of November, 2019, a true and correct copy of the foregoing was served upon the following:

Martha M. Lafferty
Amy F. Robertson
Civil Rights Education and Enforcement Center
104 Broadway, Suite 400
Denver, CO 80203
mlafferty@creeclaw.org
arobertson@creeclaw.org

Brittany Shrader
The National Association of the Deaf Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
brittany.shrader@nad.org

*Counsel for Plaintiff*

                *s/ Crystal J. Sebastiani*
                Crystal J. Sebastiani, Paralegal

4833-5184-5804v1